**Opinion issued August 18, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-19-00996-CV

_____

## IN RE CIRRUS AIRCRAFT CORPORATION, CIRRUS DESIGN CORPORATION D/B/A CIRRUS AIRCRAFT AND BALLISTIC RECOVERY SYSTEM, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On December 19, 2019, relators, Cirrus Aircraft Corporation, Cirrus Design Corporation D/B/A Cirrus Aircraft and Ballistic Recovery System, Inc., filed a petition for writ of mandamus.[1]  On February 13, 2020, we abated this original

---

[1] The underlying case is *Erica Falcomata and Brian Reina, Individually and On Behalf of the Estate of Russell Reina* v. *v. Amjad Sultan (Deceased), Air Akhtar Heating & Air Conditioning, LLC, Cirrus Aircraft Corporation, Cirrus Design Corporation D/B/A Cirrus Aircraft, and Ballistic Recovery System, Inc.*, cause

proceeding to the trial court to allow the parties to finalize a settlement. On August 10, 2020, relators filed a motion to dismiss, stating that the parties have reached a settlement.

Accordingly, we reinstate the original proceeding on the active docket and grant relators' motion to dismiss the cause. *See* TEX. R. APP. P. 42.1(a)(1), 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Adams.

---

number 2016-41450, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.